UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R# 286702

RECEIVED VIA MAIL

IN RE:  
RAFAEL GOMEZ MACHIN  
JUANA GOMEZ

CASE NO.   05-40894-BKC-RAM

JUL 26 2010

CHAPTER 13

U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 2,894.21 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $     .00     remaining in her bank account which represents small dividends as defined by FRBP 3010.

   Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

   WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 2 3 2010

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

RAFAEL GOMEZ MACHIN
JUANA GOMEZ
16135 SW 99 AVE
MIAMI, FL 33157

RAYSA I. RODRIGUEZ, ESQUIRE
2101 N ANDREWS AVE, #405
WILTON MANORS, FL 33311

NOVA INFORMATION SYSTEMS, INC
% MICHAEL R. BAKST, ESQ
222 LAKEVIEW AVENUE, STE 1330
WPB, FL 33401-6149

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  05-40894-BKC-RAM
RAFAEL GOMEZ MACHIN
JUANA GOMEZ

                    CHAPTER 13


RAFAEL GOMEZ MACHIN
JUANA GOMEZ
16135 SW 99 AVE
MIAMI, FL 33157


RAYSA I. RODRIGUEZ, ESQUIRE
2101 N ANDREWS AVE, #405
WILTON MANORS, FL 33311


NOVA INFORMATION SYSTEMS, INC ---------$      2,894.21
%MICHAEL R. BAKST, ESQ
222 LAKEVIEW AVENUE, STE 1330
WPB, FL 33401-6149
                                    UNDELIVERABLE/STALE
                                    CLAIM REGISTER# 23
U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130