UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No.: 05-40894-RAM
                                                                Chapter 13
RAFAEL GOMEZ MACHIN
and JUANA GOMEZ,

   Debtors.
_____/

### CREDITOR, NOVA INFORMATION SYSTEMS, INC.'S MOTION TO RELEASE FUNDS FROM THE COURT REGISTRY

Creditor, NOVA Information Systems, Inc. ("NOVA"), by and through undersigned counsel, hereby files this Motion to Release Funds from the Court Registry pursuant to Local Rule 7067-1(C), and in support thereof states:

1. NOVA has been receiving payments through the Debtors' Chapter 13 Plan.

2. A check was issued to NOVA on February 11, 2010 in the amount of $2,894.21, a copy of which is attached hereto as Exhibit "A". The subject check was sent to the Creditor's counsel, and was mailed to NOVA, however, because of a change of address the check was not received by NOVA before the 90 days had expired to cash the check.

3. NOVA has been advised that the $2,894.21 has been deposited in the Court Registry.

4. Accordingly, NOVA respectfully requests that the funds in the Court Registry in the amount of $2,894.21 be released to NOVA Information Systems, Inc., c/o Jose O. Diaz, Esq., 10481 North Kendall Drive, Suite D201, Miami FL 33176.

WHEREFORE, NOVA Information Systems, Inc., by and through undersigned counsel, respectfully requests the entry of an Order authorizing the Court Registry to pay to NOVA

RM:7605590:1

Information Systems, Inc., c/o Jose O. Diaz, Esq., 10481 North Kendall Drive, Suite D201, Miami FL 33176, the amount of $2,894.21, pursuant to Local Rule 7067-1(C), plus grant such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the parties listed below in the manner indicated on this the 20 day of September 2010.

**Notice will be electronically mailed to:**
Nancy N. Herkert – e2c8f01@ch13herkert.com
Raysa I. Rodriguez – lbrpa@bellsouth.net

RUDEN MCCLOSKY P.A.

Michael R. Bakst, Esq.
Attorney for Creditor
222 Lakeview Ave., Suite 800
West Palm Beach FL 33401
(561) 838-4523
(561) 514-3423 (fax)
Florida Bar No.: 866377

100914/dlc

RM:7605590:1

2